# Unclaimed Funds
Entered 8/14/2013 to 8/14/2013

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 07-11642 -wch  16163647 | 5 Star Bnk  Po Box 35430  Colorado Springs, CO 80935  80935 | 164.46 | 08/14/2013 |
| 07-17231 -fjb  16371416 | AdvanceMe  600 Town Park Lane, Ste. 500  Kennesaw, GA 30144  30144 | 2.68 | 08/14/2013 |
| 07-17918 -fjb  19018980 | MICHAEL & JENNIFER FOLEY  5 RHODE ISLAND RD  LAKEVILLE, MA 02347  02347 | 3.00 | 08/14/2013 |
| 08-11327 -wch  16511955 | Waste Management RMC  2421 W. Peoria Ave.  Phoenix, AZ 85029  85029 | 672.75 | 08/14/2013 |
| 08-11384 -fjb  19018985 | M & T BANK  8180 GREENSBORO DR., SUITE 500  MCLEAN, VA 22102  22102 | 557.99 | 08/14/2013 |
| 08-12054 -fjb  16509334 | Folly Hill Apartments  Po Box 870188  Stone Mountain, GA 30087  30087 | 36.63 | 08/14/2013 |
| 08-12054 -fjb  19018986 | CITY OF LYNN  CITY HALL  TAX COLLECTOR  LYNN, MA 01901  01901 | 12.08 | 08/14/2013 |
| 08-12707 -wch  19018987 | COLONIAL GAS  52 SECOND AVE  WALTHAM, MA 02451  02451 | 119.20 | 08/14/2013 |

| Case | Creditor | Amount | Date |
|---|---|---|---|
| 08-12707 -wch<br>19018987 | COLONIAL GAS<br>52 SECOND AVE<br>WALTHAM, MA 02451<br>02451 | 162.22 | 08/14/2013 |
| 08-13522 -jnf<br>16545876 | J & S Carpentry and Construction<br>PO Box 655<br>22 Forest Street<br>Middleton, MA 01949<br>01949 | 2.68 | 08/14/2013 |
| 08-14473 -fjb<br>19018989 | KEYSPAN ENERGY<br>52 SECOND AVE., 4TH FLOOR<br>WALTHAM, MA 02451<br>02451 | 68.00 | 08/14/2013 |
| 09-14911 -fjb<br>17172473 | Deutsche Bank National Trust Company<br>Rosicki, Rosicki & Associates, P.C.<br>51 East Bethpage Rd.<br>Plainview, NY 11803<br>11803 | 550.68 | 08/14/2013 |
| 09-21212 -fjb<br>17244417 | H Hill And Sons Inc.<br>P. Stephen Touro Attorney<br>660 Park Ave<br>Worcester, MA 01603-2035<br>01603-2035 | 100.31 | 08/14/2013 |
| 11-19593 -fjb<br>19018990 | CRAIG CULLEN, ESQ.<br>839 WASHINGTON ST<br>STOUGHTON, MA 02072<br>02072 | 0.04 | 08/14/2013 |
| 12-13181 -jnf<br>19018981 | MICHAEL & PATRICIA DORMADY<br>119 KINGSTOWN WAY<br>DUXBURY, MA 02332<br>02332 | 630.83 | 08/14/2013 |
| 12-16632 -wch<br>19018982 | ROBIN E MOORE<br>280B ROUTE 130<br>SUITE 2<br>FORESTDALE, MA 02644<br>02644 | 195.00 | 08/14/2013 |
| 12-19170 -jnf<br>19018983 | MAUREEN HILTON<br>212 FISHER ST., # A-7<br>NO. ATTLEBORO, MA 02760<br>02760 | 403.65 | 08/14/2013 |

Case 12-19170    Doc 52    Filed 08/14/13    Entered 08/14/13 12:00:32    Desc Main
                           Document      Page 3 of 3

**Grand Total: 3,682.20**